

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00173-CV

---

Jane Doe, Appellant

v.

Stratus Properties, Inc., Appellee

---

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GN-26-001203

---

## MEMORANDUM OPINION

The parties to this appeal have filed a joint motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). According to the motion, the parties have reached a settlement. All parties have signed the motion, indicating their agreement. No opinion has issued. Tex. R. App. P. 42.1(c).

We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1). Costs are taxed against the party incurring the same. Tex. R. App. P. 42.1(d).



GINA M. PALAFOX, Justice

July 29, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.